

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Steven Brant Haley, Appellant

No. 06-22-00086-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Red River County, Texas (Tr. Ct. No. CR01895). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the certified bill of costs by (1) changing the amount charged for "SHERIFFS FEE CRIMINAL" to $145.00, (2) changing the amount charged for "TOTAL COST OF CAUSE" to $2,783.00, and (3) changing the amount under "Amount due from []Defendant" to $25.00. We also modify the trial court's judgment by changing the "Statute for Offense" to Section 49.09(b)(2) of the Texas Penal Code and by changing the amount under "Reimbursement Fees" to $25.00. As modified, we affirm the trial court's judgment.

We note that the appellant, Steven Brant Haley, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 10, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk